IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. MAUTHE, M.D., P.C. a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons, | : : : : | NO. 17-cv-2154-LS |
| Plaintiff, | : : | |
| v. | : : | |
| GAITHER TECHNOLOGIES STC, LLC, and MINGLE ANALYTICS, INC., | : : : | |
| Defendants. | : | |

**MOTION BY ECKERT SEAMANS CHERIN & MELLOTT, LLC, COUNSEL FOR DEFENDANT MINGLE ANALYTICS, INC., TO WITHDRAW APPEARANCE**

Albert G. Bixler, Keith E. Smith and the law firm of Eckert Seamans Cherin & Mellott, LLC (collectively "Eckert Seamans"), hereby file the within Motion to Withdraw Appearance. In support of its motion, Eckert Seamans avers as follows:

1. Eckert Seamans is the counsel of record for defendant Mingle Analytics, Inc. ("Mingle") in these proceedings by virtue of having filed a stipulation to extend time for Mingle to answer or plead to plaintiff's Complaint.

2. The undersigned counsel was approached by referring counsel in Portland, Maine, on May 31, 2017, inquiring as to whether Eckert Seamans could represent Mingle in this putative class action.

3. After checking conflicts, the undersigned sent referring counsel, on behalf of Mingle, an engagement letter which required payment of a retainer in order to be effective.

4. On June 2, 2017, referring counsel confirmed that Mingle had accepted our engagement and forwarded the engagement letter executed by Mingle. No retainer was received.

5. However, since Mingle's deadline to respond to the Complaint was June 5, 2017, the undersigned felt compelled – notwithstanding the lack of payment – to protect Mingle's interest by seeking, obtaining and filing a stipulation extending the time for Mingle to respond to plaintiff's Complaint to July 5, 2017, which was entered by the Court on June 5, 2017.

6. No further activity has occurred in this case.

7. Despite repeated requests, Mingle has failed to pay the retainer required to make Eckert Seamans' engagement effective.

8. By emails dated June 12, June 14, and June 20, 2017, the undersigned requested an original, signed engagement letter and payment of the agreed-upon retainer.

9. Neither has been received.

10. Further, Eckert Seamans has requested information needed to defend this matter, which has never been received.

11. Eckert Seamans respectfully requests leave to withdraw its appearance on behalf of Mingle as a result of (a) Mingle's failure to pay the agreed-upon retainer and (b) Mingle's failure to provide information needed to defend this matter.

12. This case is not on any trial list, no discovery has been served, and no party will be prejudiced if this Motion is granted. The Complaint was only recently filed on May 10, 2017, and the parties entered a stipulation granting Mingle an extension until July 5, 2017, to respond to the Complaint.

13. This motion is being served on Mingle by both Certified Mail, Return Receipt Requested, and First Class Mail.

WHEREFORE, Eckert Seamans respectfully requests that this Court enter an Order granting it leave to withdraw its appearance on behalf of defendant Mingle Analytics, Inc.

                                              ECKERT SEAMANS CHERIN
                                                &amp; MELLOTT, LLC

By:  */s/ Albert G. Bixler*
      Albert G. Bixler
      Pa. Bar No. 45639
      Keith E. Smith
      Pa. Bar No. 67384
      Two Liberty Place
      50 South 16th Street, 22nd Floor
      Philadelphia, PA   19102
      Telephone:  215-851-8412
      Fax:  215-851-8383

Dated:  June 26, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C. a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>GAITHER TECHNOLOGIES STC, LLC, and MINGLE ANALYTICS, INC.,<br><br>Defendants. | NO. 17-cv-2154-LS |

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION BY ECKERT SEAMANS CHERIN & MELLOTT, LLC, COUNSEL FOR DEFENDANT MINGLE ANALYTICS, INC., TO WITHDRAW APPEARANCE

Albert G. Bixler, Keith E. Smith and the law firm of Eckert Seamans Cherin & Mellott, LLC (collectively "Eckert Seamans"), move to withdraw their appearance as counsel for defendant Mingle Anayltics, Inc. ("Mingle").

Eckert Seamans is the counsel of record for Mingle in these proceedings by virtue of having filed a stipulation to extend time for Mingle to answer or plead to plaintiff's Complaint. The appearance of Albert Bixler was entered automatically upon filing of that Stipulation. Keith Smith entered his appearance on June 6, 2017. Because Mingle has refused to pay the retainer required under its engagement letter with Eckert Seamans, and because it has not provided information needed by Eckert Seamans to defend this action, Eckert Seamans is forced to move to withdraw as counsel for Mingle.

**BACKGROUND**

The undersigned counsel was approached by referring counsel in Portland, Maine, on May 31, 2017, inquiring as to whether Eckert Seamans could represent Mingle in this putative class action. After checking conflicts, the undersigned sent referring counsel, on behalf of Mingle, an engagement letter which required payment of a retainer in order to be effective.

On June 2, 2017, referring counsel confirmed that Mingle had accepted the terms of the engagement letter and forwarded a copy of the engagement letter executed by Mingle. However, no retainer was received.

However, since Mingle's deadline to respond to the Complaint was June 5, 2017, the undersigned felt compelled – notwithstanding the lack of the retainer – to protect Mingle's interest by seeking an extension of time to respond to the Complaint and filing a stipulation memorializing that extension. That Stipulation was entered by the Court on June 5, 2017. No further activity has occurred in this case.

Despite repeated requests, Mingle has failed to pay the retainer required to make Eckert Seamans' engagement effective. By emails dated June 12, June 14, and June 20, 2017, the undersigned requested an original, signed engagement letter and payment of the agreed-upon retainer. Neither has been received. Further, Eckert Seamans has requested information needed to defend this matter, which has never been received.

Accordingly, Eckert Seamans respectfully requests leave to withdraw its appearance on behalf of Mingle as a result of (a) Mingle's failure to pay the agreed-upon retainer and (b) Mingle's failure to provide information needed to defend this matter. This case is not on any trial list, no discovery has been served, and no party will be prejudiced if this Motion is granted.

The Complaint was only recently filed on May 10, 2017, and the parties entered a stipulation granting Mingle an extension until July 5, 2017, to respond to the Complaint.

    This motion is being served on Mingle by both Certified Mail, Return Receipt Requested, and First Class Mail.

                                     Respectfully submitted,

                                     ECKERT SEAMANS CHERIN
                                         & MELLOTT, LLC

June 26, 2017                         By:   */s/ Albert G. Bixler*
                                            Albert G. Bixler
                                            Pa. Bar No. 45639
                                          Keith E. Smith
                                          Pa. Bar No. 67384
                                          Two Liberty Place
                                          50 South 16th Street, 22nd Floor
                                          Philadelphia, PA   19102
                                          Telephone:  215-851-8412
                                          Fax:  215-851-8383

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing Motion by Counsel for Defendant Mingle Analytics, Inc. to Withdraw Appearance on this 26th day of June, as follows:

Mingle Analytics, Inc.
Market Square
24B Main Street
South Paris, ME 04281
 (Certified Mail-Return Receipt Requested & First Class United States Mail)

Michael Bosse, Esquire, Esquire
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME  04104-5029
*mbosse@bernsteinshur.com*
 (E-Mail and First Class United States Mail)

Richard Shenkan, Esquire
Shenkan Injury Lawyers, LLC
P.O. Box 7255
New Castle, PA  16107
*rshenkan@shenkanlaw.com*
 (E-Mail and ECF Notice)

Phillip A. Bock, Esquire
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL  60602
*phil@classlawyers.com*
 (E-Mail and First Class United States Mail)

                                    */s/ Albert G. Bixler*
                                      Albert G. Bixler