**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT W. MAUTHE, M.D., P.C.,** | : | **CIVIL ACTION** |
| **a Pennsylvania corporation,** | : | |
| **individually and as the representative** | : | |
| **of a class of similarly-situated persons,** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 17-2154** |
| | : | |
| **GAITHER TECHNOLOGIES STC,** | : | |
| **LLC, et al.,** | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW,** this 28th day of June, 2017, upon consideration of the motion to withdraw its appearance filed by Eckert Seamans Cherin & Mellott, LLC, Counsel for Defendant Mingle Analytics, Inc., (Document #8), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant Mingle Analytics, Inc., shall respond to the complaint on or before **Friday, July 28, 2017.**

The Clerk of Court is directed to mark the appearance of Albert G. Bixler, Keith E. Smith, and Eckert Seamans Cherin & Mellott, LLC, WITHDRAWN.

BY THE COURT:

_/s/ Lawrence F. Stengel_
LAWRENCE F. STENGEL, J.