**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ROBERT W. MAUTHE, M.D., P.C. a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons,**

**Plaintiffs,**
**v.**

**GAITHER TECHNOLOGIES STC, LLC, and MINGLE ANALYTICS, INC.,**

**Defendants.**

**Case No. 5:17-cv-02154-LS**

**Judge Lawrence F. Stengel**

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed to by and between the parties to this document, through their respective counsel, that all claims by Plaintiff, Robert W. Mauthe, M.D., P.C., against Defendant Mingle Analytics, Inc., be dismissed with prejudice and without costs, and all class claims against Mingle Analytics, Inc. be dismissed without prejudice.

By: /s/ Phillip A. Bock
Richard E. Shenkan (Pa. Bar No. 79800)
SHENKAN INJURY LAWYERS
P.O. BOX 7255
New Castle, PA 16107
T: 248.562.1320
F: 888.769.1774
rshenkan@shenkanlaw.com

Phillip A. Bock (admitted *pro hac vice*)
David M. Oppenheim (admitted *pro hac vice*)
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. LaSalle Street, Suite 1000
Chicago, Illinois 60602
T: 312.658.5500
F: 312.658.5555
phil@classlawyers.com
david@classlawyers.com
*Attorneys for Plaintiff*

By: /s/ Jeffrey N. Rosenthal
Jeffrey N. Rosenthal
BLANK ROME LLP
One Logan Square, 130 N. 18th St.
Philadelphia, PA 19103
T: 215.569.5553
F: 215.832.5553
Rosenthal-j@blankrome.com

*Attorney for Defendant Mingle Analytics, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on December 28, 2017, a copy of the foregoing motion to be was served upon all counsel of record using the ECF system.

/s/ *Phillip A. Bock*