# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. MAUTHE, M.D., P.C., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 17-2154 |
| | : | |
| MINGLE ANALYTICS, INC., et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW, TO WIT:** this 9th day of January, 2018, in accordance with the Stipulation to Dismiss filed December 28, 2017 (Docket No. 29) it is hereby **ORDERED** that the Stipulation is hereby **APPROVED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*

LAWRENCE F. STENGEL, C. J.