IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C., a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAITHER TECHNOLOGIES STC, LLC, and MINGLE ANALYTICS, INC.,<br><br>      Defendants. | **Case No. 5:17-cv-02154-LS**<br><br>**Judge Lawrence F. Stengel** |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed to by and between the parties to this document, through their respective counsel, that all claims by Plaintiff, Robert W. Mauthe, M.D., P.C., against Defendant Gaither Technologies STC, LLC ("Gaither"), be dismissed with prejudice and without costs, and all class claims against Gaither be dismissed without prejudice and without costs.

By:  */s/ David M. Oppenheim*
Richard E. Shenkan  (Pa. Bar No. 79800)
SHENKAN INJURY LAWYERS
P.O. BOX 7255
New Castle, PA 16107
T: 248.562.1320
F: 888.769.1774
rshenkan@shenkanlaw.com

Phillip A. Bock (admitted *pro hac vice*)
David M. Oppenheim (admitted *pro hac vice*)
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. LaSalle Street, Suite 1000
Chicago, Illinois 60602
T: 312.658.5500
F: 312.658.5555
phil@classlawyers.com
david@classlawyers.com

*Attorneys for Plaintiff*

By:  */s/ Diana L. Eisner*
Diana L. Eisner (Pa. Bar No. 309237)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036
T: 202.585.6576
F: 202.637.1576
deisner@manatt.com

*Attorney for Defendant Gaither Technologies STC, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on February 6, 2018, a copy of the foregoing document be was served upon all counsel of record using the ECF system.

                                                   */s/ David M. Oppenheim*