IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. MAUTHE, M.D., P.C., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 17-2154 |
| | : | |
| MINGLE ANALYTICS, INC., et al., | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW, TO WIT:** this 7th day of February, 2018, in accordance with the Stipulation to Dismiss filed February 6, 2018 (Docket No. 31) it is hereby **ORDERED** that the Stipulation is hereby **APPROVED**.

This case is **CLOSED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*

LAWRENCE F. STENGEL, C. J.